ACCEPTED
01-15-00674-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
12/30/2015 12:11:56 PM
CHRISTOPHER PRINE
CLERK

## IN THE COURT OF APPEALS OF TEXAS
## FIRST JUDICIAL DISTRICT

**ALTON JOSEPH JOLIVETTE, JR.** §

§

**VS.** §

§

**THE STATE OF TEXAS** §

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/30/2015 12:11:56 PM
CHRISTOPHER A. PRINE
Clerk

CASE NOS. 01-15-00672
01-15-00673
01-15-00674

## MOTION TO EXTEND TIME TO FILE BRIEF

TO THE HONORABLE JUSTICES OF THIS COURT:

Appellant Alton Joseph Jolivette, through counsel, moves the Court to extend time to file his brief, due December 30, 2015, for the following reasons:

1.      Counsel, Assistant Public Defender, Melissa Martin has been working on many cases including, but not limited to *Humphrey v. State* , 14-15-00226-CR; *Davison v. State,* 14-14-00511-CR; *Sanchez v. State,* 01-14-00609;  and *Cameron v. State,* 14-15-00447-CR, as well as the instant case and has been unable to complete the brief despite due diligence.

2.      This is the second request for an extension in this case.

In view of the foregoing, Mr. Jolivette asks the Court to extend the time to file his brief for 30 days, or up to and including January 30, 2016. This request is made in the interest of justice and effective assistance of counsel and not for purposes of delay.

Respectfully submitted,

**ALEXANDER BUNIN**
Chief, Harris County Public Defender's Office

*/s/ Melissa Martin*

_____

MELISSA MARTIN
Assistant Public Defender
TX. Bar No. 24002532
1201 Franklin St., 13th Fl.
Houston, TX 77002
email: melissa.martin@pdo.hctx.net
713/274-6709 Fax 713/437-4319

# CERTIFICATE OF SERVICE

I certify that a copy of the foregoing motion was electronically served on the Harris County District Attorney's office on December 30, 2015.

*/s/ Melissa Martin*

_____

Melissa Martin